No. 90–285. LITTON FINANCIAL PRINTING DIVISION, A DIVISION OF LITTON BUSINESS SYSTEMS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 90–5358. BRAXTON *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 89–7589. NACE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 89–7594. PLETTEN *v.* NEWMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7753. HEARN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7787. VILLEGAS *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 89–7788. WEAVER *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 90–36. GOLDBERG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–151. RIVER VILLA PARTNERSHIP ET AL. *v.* SUN BELT FEDERAL BANK, F. S. B. C. A. 5th Cir. Certiorari denied.

No. 90–291. GRUBER *v.* BOARD OF MEDICAL EXAMINERS OF OREGON. Ct. App. Ore. Certiorari denied.

No. 90–413. KIMMET ET AL. *v.* RYAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–477. HARDING ET AL. *v.* CITY OF NEW YORK DEPARTMENT OF ENVIRONMENTAL PROTECTION ET AL. C. A. 2d Cir. Certiorari denied.